# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Norm Detrick, et al. <br> *Plaintiff(s)* <br> v. <br> Cruisers Yachts - <br> KCS International Inc. dba Cruisers Yachts, et al. <br> *Defendant(s)* | Civil Action No. 5:24-cv-01154 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**JET THRUSTER MARINE, LLC DBA**
**JET THRUSTER NORTH AMERICA**
1590 East Avenue North
Sarasota, FL 34237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Daniel A. Richards (0059478)**
**Russell Rendall (0089901)**
**Weston Hurd LLP**
**1300 East 9th Street, Suite 1400**
**Cleveland, OH 44114**
**DRichards@westonhurd.com; RRendall@westonhurd.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 7/10/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: