AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24cv1154

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jet Thruster Marine LLC__
was received by me on *(date)* __10/23/2024 7:50am__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Don Bank, authorized agent__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Jet Thruster Marine LLC__
_____ on *(date)* __10/24/2024 6:42pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/29/2024__

*Server's signature*: Amanda Wiggins

Amanda Wiggins - private process server
*Printed name and title*

130 Inverness Plaza, Ste 500, Birmingham, AL 35242
*Server's address*

Additional information regarding attempted service, etc: