IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NORM DETRICK, ET AL., | CASE NO. 5:24-CV-01154 |
| Plaintiffs, | JUDGE PAMELA A. BARKER |
| vs. | STIPULATION REGARDING DEFENDANT KOHLER'S RULE 12(c) MOTION AND PLAINTIFFS' OPPOSITION BRIEF DEADLINE |
| DISCOVERY ENERGY, LLC., AS THE SUCCESSOR IN INTEREST OF KOHLER CO., ET AL. | |
| Defendants. | |

Now come Plaintiffs Norm and Judy Detrick and Defendant Discovery Energy, LLC, as the successor in interest to Kohler Co. ("Kohler"), by and through their respective counsel, and hereby stipulate and agree as follows, subject to further order of this Court:

1. Kohler's Motion for Judgment on the Pleadings pursuant to Fed R. Civ. Pro. 12(c) [Doc. # 36] shall be considered refiled as of the date of this stipulation and is incorporated herein, but only to the extent necessary for establishment of its new filing date.

2. Plaintiffs waive any procedural objections to the timing of Kohler's Fed R. Civ. Pro. 12(c) Motion that may (or may not) exist as a result of Kohler's Amended Answer [Doc # 37]. The goal of this stipulation is to preserve both the Court and the parties' resources while removing all doubts as to the full and complete waiver of any potential procedural or substantive defects associated with the filing of Kohler's Amended Answer after the Fed R. Civ. Pro. 12(c) Motion [Doc.# 36].

3. Plaintiff's Opposition Brief to Kohler's Fed R. Civ. Pro. 12(c) Motion [Doc.# 36] shall be due 30 days from this Stipulation pursuant to Local Rule 7.1(d).

**IT IS SO ORDERED.**

*/s/ Pamela A. Barker*

**JUDGE PAMELA A. BARKER**

Approved By:

| | |
|---|---|
| /s/Russell Rendall | . |
| Daniel A. Richards (0059478) | Marshal Pitchford (0071202) |
| Russell Rendall (0089901) | DiCaudo Pitchford & Yoder, LLC |
| Weston Hurd LLP | 209 South Main Street, Third Floor |
| 1300 East Ninth Street, Suite 1400 | Akron, Ohio 44308 |
| Cleveland, Ohio 44114 | Telephone: 330-762-7477 |
| Telephone:  216-356-3092 | mpitchford@dpylaw.com |
| DRichards@westonhurd.com | |
| RRendall@westonhurd.com | *Attorney for Defendant Discovery Energy, LLC, as the successor in interest to Kohler Co.* |
| *Attorneys for Plaintiffs Norm Detrick and JudyDetrick* | |

2